STEPHEN J. LIAKAS*
DEAN N. LIAKAS
NICHOLAS LIAKAS

ANTHONY M. DELISO
STEPHANIE M. GALLO*
JOSEPH GUARDINO
GENE LEYN
NICHOLAS MINDICINO
JOSHUA VERSOZA

PAUL V. PRESTIA**
*Also admitted in New Jersey
**Special counsel



**Liakaslaw.com**
65 Broadway
13th Floor
New York, NY 10006

P: (212) 937-7765
F: (877) 380-9432

New Jersey Office
576 Main Street, Suite C
Chatham, NJ 07928

March 23, 2020

<u>**VIA ECF**</u>
Hon. A. Kathleen Tomlinson
United States Magistrate Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

      **Re:**    <u>**Shear v. County of Suffolk, et. al.**</u>
                **Index No.: 18-CV-3678 (RRM) (AKT)**

Your Honor,

      My office represents Plaintiff in the above referenced matter. I write to update the Court on Plaintiff's review of Defendant's proposed trial exhibits, as directed by the Court at the pre-trial conference on February 20, 2020. In that order, the Court directed defendants to produce certain proposed trial exhibits which had not been previously produced, and for Plaintiff update the Court on any objections to the use of those exhibits at trial.

      Plaintiff has now received/reviewed defendants' exhibits which had not been previously received. With respect to Exhibits I, J, K, and L, Plaintiff has no objection. With respect to Exhibit T, Plaintiff expects to object on grounds of Relevance, Rule 403 (more prejudicial than probative) and Cumulative evidence.

      Thank you for your consideration.

                    Yours,

                    */S/*
                    Nicholas Mindicino
                    Liakas Law, P.C.